# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MITCHELL C. KINDER**                                          **PLAINTIFF**

**v.**                     **CASE NO. 4:06-CV-1534 GTE**

**EATON CORPORATION and**
**BROADSPIRE SERVICES, INC.**                           **DEFENDANTS**

## **JUDGMENT**

Upon the basis of the Order granting Defendants' Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 4th day of December, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE